IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BASH, | 1:06-cv-00674 OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| DR. SNYED, et al., | (DOCUMENT #13) |
| Defendants. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2008, plaintiff filed a motion to extend time to file the second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file the second amended complaint.

IT IS SO ORDERED.

Dated:   February 12, 2008           /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE