IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BASH,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR. SNYED, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-00674-OWW-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(DOCUMENT #15)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2008 , plaintiff filed a motion to extend time to file his amended complaint . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:   **May 2, 2008**          /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE